No. 530. SIGLER ET AL. *v.* ALLSTATE INSURANCE CO. C. A. 7th Cir. Certiorari denied. *Sydney M. Eisenberg* for petitioners. *Suel O. Arnold* for respondent.

No. 544. BOWLING *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Zach H. Douglas* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.

No. 545. PACIFIC SUPPLY COOPERATIVE *v.* FARMERS UNION CENTRAL EXCHANGE, INC., ET AL. C. A. 9th Cir. Certiorari denied. *William F. White* for petitioner. *Jack R. Cluck, Eugene M. Warlich* and *Richard H. Magnuson* for Farmers Union Central Exchange, Inc., and *Orville H. Mills* and *Irving M. Tullar* for National Cooperatives, Inc., respondents.

No. 549. COZINACIS *v.* COZINACIS. Supreme Court of Pennsylvania, Western District. Certiorari denied. *Edward P. Good* and *Thomas A. Lazaroff* for petitioner. *Stephen E. Nash* for respondent.

No. 550. CHEMICAL BANK NEW YORK TRUST CO. ET AL. *v.* KENNEDY, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Orison S. Marden, Brackley Shaw* and *Asbury H. deYampert* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal* and *John C. Eldridge* for respondent.